The People of the State of Illinois, defendant in error, v. Ollie Sanford, plaintiff in error. Gen. No. 34,370.

 Heard in the third division of this court for

the first district at the June term, 1930. ▮▮▮▮ Opinion filed January 28, 1931. Rehearing denied February 9, 1931.

Harris B. Gaines and Fleetwood M. McCoy, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edward E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.